02-11-109-CR












 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO.
02-11-00109-CR

 

 


 
 
 Kimbley
 Diane Tubbs
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE 
 
 


 

 

------------

 

FROM Criminal
District Court No. 4 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

         
We have considered “Appellant=s Motion To
Dismiss Appeal.”  The motion complies with rule 42.2(a) of the rules of
appellate procedure.  Tex. R. App. P. 42.2(a).  No decision
of this court having been delivered before we received this motion, we grant
the motion and dismiss the appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

 

PER
CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED: November 23,
2011  

 



 









[1]See Tex. R. App. P. 47.4.